IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation<br><br>JOAN DIGGS, individually,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | MDL No. 1699<br><br>District Judge: Charles R. Breyer<br><br>Case No.: CASE NO. 3:07-cv-2900-CRB<br><br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff and Defendants, by and through their undersigned attorneys, pursuant to the terms set forth in the confidential settlement term sheet (§II, ¶A, 3) and Federal Rule of Civil Procedure, Rule 41, and hereby stipulate to dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Respectfully submitted this the 8th day of July, 2009.

Defendants:

By: /s/ Michelle Sadowsky

Michelle W. Sadowsky, Esq.
DLA Piper LLP (USA)
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4625 (office)
(212) 884-8675 (facsimile)
Attorney for Defendants

Plaintiff:

By: /s/

B. Kristian W. Rasmussen, Esq.
Cory Watson Crowder & DeGaris
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200 (office)
(205) 324-7896 (facsimile)
Attorney for Plaintiff

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, it is hereby ORDERED AND ADJUDGED:

This matter is dismissed with prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this <u>10th</u> day of <u>July</u>, 2009, in San Francisco, California.



_____
CHARLES R. BREYER
United States District Judge

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Michelle W. Sadowsky, Esquire